IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IONE ROUSSEAU and MARCELO MARTINEZ, on Behalf of Themselves and Others Similarly Situated | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 5:09-cv-651-XR |
| vs. | § § § | JURY DEMANDED |
| FREDERICK'S BISTRO, LTD. and FREDERICK F. COSTA | § § § | |
| Defendants. | § § | |

## JOINT MOTION FOR ENTRY OF SCHEDULING ORDER

Pursuant to the Court's Order and Advisory (*Docket Entry # 8*), the Parties submit as Exhibit 1 their Joint Proposed Scheduling Order.

                                                Respectfully submitted,

                                                */s/ Robert R. Debes, Jr.*

                        By: _____
                                                ROBERT R. DEBES, JR.
                                                State Bar No. 05626150
                                                Federal ID No. 12308
                                                17 South Briar Hollow Lane, Suite 302
                                                Houston, Texas 77027

**OF COUNSEL:**                          Telephone: (713) 623-0900
**DEBES LAW FIRM**                   Facsimile: (713) 623-0951
                                                bdebes@debeslaw.com

|  |  |
|---|---|
|  | RICHARD J. BURCH<br>State Bar No. 24001807<br>Federal ID No. 21615<br>1415 Louisiana, Suite 2125<br>Houston, Texas 77002 |
| OF COUNSEL:<br>**BRUCKNER BURCH, PLLC** | Telephone: (713) 877.8788<br>Facsimile: (713) 877.8065<br>rburch@brucknerburch.com |

**COUNSEL FOR PLAINTIFF**

|  |  |
|---|---|
| By: | /s/ Charles H. Sierra<br>_____<br>WILLIAM M. McKAMIE<br>State Bar No. 13686800<br>CHARLES H. SIERRA<br>State Bar No. 18345300<br>941 Proton Rd.<br>San Antonio, Texas 78258 |
| **OF COUNSEL:**<br>**LAW OFFICES OF WILLIAM**<br>**M. McKAMIE, P.C.** | Telephone: 210.546.2122<br>Facsimile: 210.546.2130<br>charles@mckamielaw.com |

**COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this pleading was served on all counsel of record via ECF notification in compliance with the Federal Rules of Civil Procedure on the 13th day of October 2009.

/s/ Robert R. Debes, Jr.
_____
Robert R. Debes, Jr.