UNITED STATES DISTICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IONE ROUSSEAU and MARCELO MARTINEZ, on Behalf of Themselves And Others Similarly Situated | § § § § | |
| v. | § § § | |
| FREDERICK'S BISTRO, LTD. and FREDERICK F. COSTA | § § | CIVIL ACTION NO. SA09CA0651-XR |

**JOINT MOTION TO EXTEND ALL PRETRIAL SUBMISSIONS RULE CV-16(e) DEADLINES**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COME, Plaintiffs, IONE ROUSSEAU and MARCELO MARTINEZ, on Behalf of Themselves And Others Similarly Situated, and Defendants, FREDERICK'S BISTRO, LTD. and FREDERICK F. COSTA, and file their Joint Motion to Extend All Pretrial Submissions Rule CV-16(e) Deadlines, and respectfully show:

1. It appears that the current deadline to file all Pretrial Submissions Rule CV-16(e) remains as July 9, 2010 despite the extension of other deadlines. (*Docket Entry #11*).

2. The Parties continue to be actively engaged in settlement negotiations and would like to avoid the transaction costs associated with filing/responding to all Pretrial Submissions Rule CV-16(e) deadlines until settlement negotiations have been exhausted. Accordingly, the Parties respectfully request the Court to extend the deadline to file all Pretrial Submissions Rule CV-16(e) to at least July 23, 2010.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs and Defendants pray that this Joint Motion to Extend all Pretrial Submissions Rule CV-16(e) be granted, and that the deadline to file all Pretrial Submissions Rule CV-16(e) be extended to at least July 23, 2010.

        Respectfully submitted,

**DEBES LAW FIRM**
17 South Briar Hollow Lane, Suite 302
Houston, Texas 77027
713.623.0900
713.623.0951 (fax)


By:   /s/ ROBERT R. DEBES, JR.
     Robert R. Debes, Jr.
     Federal ID No. 12308
     State Bar No. 05626150
     bdfebes@debeslaw.com


**BRUCKNER BURCH PLLC**
1415 Louisiana Street, Suite 2125
Houston, Texas 77002
713.877.8788
713.877.8065 (fax)


By:   /s/ RICHARD J. BURCH
     Richard J. Burch
     Federal ID No. 21615
     State Bar No. 24001807
     rburch@brucknerburch.com

**COUNSEL FOR PLAINTIFFS**

                                        **MCKAMIE KRUEGER, LLP**
                                        941 Proton Road
                                        San Antonio, Texas 78258
                                        210.546.2122
                                        210.546.2130 (Fax)

                           By:   __/s/ WILLIAM M. MCKAMIE__
                                  WILLIAM M. McKAMIE
                                  State Bar No. 13686800
                                  mick@mckamiekrueger.com
                                  CHARLES H. SIERRA
                                  State Bar No. 18345300
                                  charles@mckamiekrueger.com
                                  ADRIAN A. SPEARS, II
                                  State Bar No. 24049318
                                  adrian@mckamiekrueger.com

                                **COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

      I certify that on July 8, 2010, a complete and correct copy of the foregoing Joint Motion to Extend All Pretrial Submissions Rule CV-16(e) Deadlines was filed electronically with the United States District Court for the Western District of Texas, San Antonio Division, with notice of case activity to be generated and sent electronically by the Clerk of the Court with ECF notice being sent to the following counsel of record:

Robert R. Debes, Jr.
Debes Law Firm
17 South Briar Hollow Lane, Suite 302
Houston, Texas 77027

Richard J. Burch
Bruckner Burch, PLLC
1415 Louisiana, Suite 2125
Houston, Texas 77002

                                        __/s/ WILLIAM M. MCKAMIE__
                                        **WILLIAM M. MCKAMIE**
                                        **CHARLES H. SIERRA**
                                        **ADRIAN A. SPEARS, II**

Joint Mtn to Extend PT Deadlines